# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL E. THOMAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-21-00417-PRW |
| RICK WHITTEN, | ) ) ) |
| Defendant. | ) |

## **ORDER**

Plaintiff, Paul E. Thomas, filed a complaint alleging violations of his civil rights and sought to proceed *in forma pauperis*. On May 10, 2021, United States Magistrate Judge Amanda Maxfield Green entered an Order to Plaintiff to Cure Deficiencies (Dkt. 5), advising Plaintiff that his IFP application was incomplete because it was not on the proper form and it was missing financial information, the signature of an authorized officer of his penal institution, and a certified copy of Plaintiff's institutional accounts statement. Accordingly, Plaintiff was ordered to cure the deficiencies by June 1, 2021. The Magistrate Judge advised Plaintiff that failure to comply with the order may result in the dismissal of his action. Plaintiff was mailed said order and the necessary forms to comply. However, Plaintiff did not submit a cured IFP application.

As such, on June 24, 2021, the Magistrate Judge issued a Report and Recommendation (Dkt. 6), recommending dismissal without prejudice. Plaintiff was advised of his right to object by July 15, 2021 but he did not file any objections. On July

26, 2021, however, Plaintiff filed a Motion for Extension of Time (Dkt. 7), seeking additional time to submit a cured IFP application or otherwise respond to the Court's various orders. The Court granted Plaintiff's motion, giving him until November 9, 2021 to do so. To date, Plaintiff has not submitted a cured IFP application or filed any objections.

Accordingly, upon de novo review, the Court **ADOPTS** the Report and Recommendation (Dkt. 6) and **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint (Dkt. 1).

**IT IS SO ORDERED** this 3rd day of March 2022.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE